**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| KEVIN E. JACOBS | : | No. 57 MAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the **Published Opinion and Order** of |
| | : | the Commonwealth Court at No. 484 |
| UNEMPLOYMENT COMPENSATION | : | CD 2015, at 129 A.3d 639 (Pa. Cmwlth. |
| BOARD OF REVIEW (BRIDGEVIEW | : | 2015) entered on December 21, 2015, |
| PARTNERS) | : | **reversing** the Order of the |
| | : | Unemployment Compensation Board of |
| | : | Review at No. B-576053 entered on |
| PETITION OF: UNEMPLOYMENT | : | March 11, 2015 |
| COMPENSATION BOARD OF REVIEW | : | |

<u>ORDER</u>

**PER CURIAM**                                    DECIDED: May 10, 2016

**AND NOW**, this 10th day of May 2016, the Petition for Allowance of Appeal is

**GRANTED**. Because the Commonwealth Court substituted its own assessments of the

evidence and the credibility of the witnesses for that of the Unemployment

Compensation Review Board's ("UCBR"), the judgment of the Commonwealth Court is

**REVERSED**, and the determination of the UCBR is reinstated. <u>See</u> <u>Peak v. UCBR</u>, 501

A.2d 1383 (Pa. 1985) (holding that the UCBR is "the ultimate finder of fact" and it is not

an appellate court's function to balance the evidence; questions of credibility, and the

resolution of evidentiary conflicts are not subject to reevaluation upon appellate review).

Chief Justice Saylor files a dissenting statement in which Justice Dougherty joins.